OFFICE OF DISCIPLINARY COUNSEL *v.* KAY.

[Cite as *Disciplinary Counsel v. Kay* (1996), 75 Ohio St.3d 397.]

(No. 95–2129—Submitted January 24, 1996—Decided April 10, 1996.)

398

*Geoffrey Stern,* Disciplinary Counsel, and *Lori J. Brown,* Assistant Disciplinary Counsel, for relator.

*Abraham Fred Kay, pro se.*

---

*Per Curiam.* This court agrees with the findings and recommendations of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, YOUNG, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WILLIAM W. YOUNG, J., of the Twelfth Appellate District, sitting for WRIGHT, J.